# WellStar Health System, Inc.
# Pay History Report

## General Information

| | | | |
|---|---|---|---|
| **Name:** | Erika Gordon | **Employee No:** | 22345 |
| **Company:** | WELLSTAR HEALTH SYSTEM | **Check No:** | 001234547A |
| **Distribution:** | 61 - Antepartum Unit | **Social Security:** | *****8718 |
| **Job Class:** | 302100 - RN | **Pay Frequency:** | Bi-weekly |
| **Employment:** | Full Time Staff | **Pay Rate:** | $29.98 |

| Check Summary - This Period | | Check Summary - Year to Date | | Check Detail | |
|---|---|---|---|---|---|
| Gross Wages: | $2,382.18 | Gross Wages: | $32,337.59 | Check Reason: | Regular Check |
| Taxes: | $391.53 | Taxes: | $5,295.03 | Period Ending Date: | 6/27/2009 |
| Deductions: | $90.98 | Deductions: | $2,854.38 | Check Date: | 7/2/2009 |
| Credits: | $0.00 | Credits: | $0.00 | | |
| Net Pay: | $1,899.67 | Net Pay: | $24,188.18 | | |
| Imputed Income: | $1.77 | Imputed Income: | $28.56 | | |

## Earnings

| | Hours | | Amount | |
|---|---|---|---|---|
| Description | This Period | Year to Date | This Period | Year to Date |
| Regular | 73.20 | 899.10 | $2,194.53 | $26,955.02 |
| Weekend Differential | 24.00 | 223.80 | $78.00 | $727.38 |
| Shift 2 Differential | 25.80 | 305.08 | $109.65 | $1,296.61 |
| Overtime | .00 | 18.10 | $0.00 | $839.10 |
| Paid Time Off | .00 | 32.00 | $0.00 | $959.36 |
| Call Pay | .00 | 56.00 | $0.00 | $168.00 |
| Weekend Differential Overtime | .00 | 9.00 | $0.00 | $29.25 |
| Tardies | .00 | 2.00 | $0.00 | $0.00 |
| Humana Assessment | .00 | 1.00 | $0.00 | $25.00 |
| Shift 2 Differential Overtime | .00 | 9.10 | $0.00 | $38.67 |
| Service Awards | .00 | .00 | $0.00 | $100.00 |
| PTO Cash In | .00 | 40.00 | $0.00 | $1,199.20 |

## Taxes

| | Wages | | Amount | |
|---|---|---|---|---|
| Description | This Period | Year to Date | This Period | Year to Date |
| Federal | $2,334.71 | $31,410.80 | $113.07 | $1,576.69 |
| Medicare | $2,334.71 | $31,410.80 | $33.86 | $455.46 |
| Social Security | $2,334.71 | $31,410.80 | $144.75 | $1,947.47 |
| State - GA | $2,334.71 | $31,410.80 | $99.85 | $1,315.41 |

## Taxes Detail

| Description | Marital Status | Exemptions | Exempt Amount | Extra Amount |
|---|---|---|---|---|
| Federal | S | 9 | | |
| State - GA | H | 4 | | |

## Pre-Tax Deductions

| Description | This Period | Year to Date |
|---|---|---|
| Dental Choice | $14.45 | $288.06 |
| Health Maintenance Organization | $27.87 | $585.21 |
| Vision | $6.92 | $82.08 |

## Post-Tax Deductions

| Description | This Period | Year to Date |
|---|---|---|
| Child Life ($10,000) | $0.62 | $2.52 |
| Optional Life | $8.83 | $35.87 |
| Meals | $15.43 | $489.51 |
| Kennestone Gift Shop | $16.86 | $81.04 |
| IRS Tax Agreement | $0.00 | $775.00 |
| Kennestone Womens Shoppe | $0.00 | $25.44 |
| Health Place Employee >7/2004 | $0.00 | $101.78 |
| Kennestone Volunteer Sale #2 | $0.00 | $132.49 |
| Kennestone Volunteer Sale | $0.00 | $255.38 |

#5

**Direct Deposit**

| Description | Type | Account | Deposit Amount |
|---|---|---|---|
| Dep amt (percentage) prenote over - DEPOSIT MADE | Checking | ******6729 | $1,899.67 |

# WellStar Health System, Inc.
# Pay History Report

## General Information

| | |
|---|---|
| **Name:** Erika Gordon | **Employee No:** 22345 |
| **Company:** WELLSTAR HEALTH SYSTEM | **Check No:** 001244220A |
| **Distribution:** 61 - Antepartum Unit | **Social Security:** *****8718 |
| **Job Class:** 302100 - RN | **Pay Frequency:** Bi-weekly |
| **Employment:** Full Time Staff | **Pay Rate:** $29.98 |

| Check Summary - This Period | | Check Summary - Year to Date | | Check Detail | |
|---|---|---|---|---|---|
| Gross Wages: | $1,926.67 | Gross Wages: | $34,264.26 | Check Reason: | Regular Check |
| Taxes: | $260.52 | Taxes: | $5,555.55 | Period Ending Date: | 7/11/2009 |
| Deductions: | $104.95 | Deductions: | $2,959.33 | Check Date: | 7/16/2009 |
| Credits: | $0.00 | Credits: | $0.00 | | |
| Net Pay: | $1,561.20 | Net Pay: | $25,749.38 | | |
| Imputed Income: | $0.00 | Imputed Income: | $28.56 | | |

### Earnings

| Description | Hours This Period | Hours Year to Date | Amount This Period | Amount Year to Date |
|---|---|---|---|---|
| Regular | 59.60 | 958.70 | $1,786.81 | $28,741.83 |
| Call Pay | 10.00 | 66.00 | $30.00 | $198.00 |
| Weekend Differential | 11.70 | 235.50 | $38.03 | $765.41 |
| Shift 2 Differential | 16.90 | 321.98 | $71.83 | $1,368.44 |
| Overtime | .00 | 18.10 | $0.00 | $839.10 |
| Paid Time Off | .00 | 32.00 | $0.00 | $959.36 |
| Weekend Differential Overtime | .00 | 9.00 | $0.00 | $29.25 |
| Tardies | .00 | 2.00 | $0.00 | $0.00 |
| Humana Assessment | .00 | 1.00 | $0.00 | $25.00 |
| Shift 2 Differential Overtime | .00 | 9.10 | $0.00 | $38.67 |
| Service Awards | .00 | .00 | $0.00 | $100.00 |
| PTO Cash In | .00 | 40.00 | $0.00 | $1,199.20 |

### Taxes

| Description | Wages This Period | Wages Year to Date | Amount This Period | Amount Year to Date |
|---|---|---|---|---|
| Federal | $1,877.43 | $33,288.23 | $44.48 | $1,621.17 |
| Medicare | $1,877.43 | $33,288.23 | $27.22 | $482.68 |
| Social Security | $1,877.43 | $33,288.23 | $116.40 | $2,063.87 |
| State - GA | $1,877.43 | $33,288.23 | $72.42 | $1,387.83 |

### Taxes Detail

| Description | Marital Status | Exemptions | Exempt Amount | Extra Amount |
|---|---|---|---|---|
| Federal | S | 9 | | |
| State - GA | H | 4 | | |

### Pre-Tax Deductions

| Description | This Period | Year to Date |
|---|---|---|
| Dental Choice | $14.45 | $302.51 |
| Health Maintenance Organization | $27.87 | $613.08 |
| Vision | $6.92 | $89.00 |

### Post-Tax Deductions

| Description | This Period | Year to Date |
|---|---|---|
| Child Life ($10,000) | $0.95 | $3.47 |
| Optional Life | $13.52 | $49.39 |
| Meals | $33.15 | $522.66 |
| Kennestone Gift Shop | $8.09 | $89.13 |
| IRS Tax Agreement | $0.00 | $775.00 |
| Kennestone Womens Shoppe | $0.00 | $25.44 |
| Health Place Employee >7/2004 | $0.00 | $101.78 |
| Kennestone Volunteer Sale #2 | $0.00 | $132.49 |
| Kennestone Volunteer Sale | $0.00 | $255.38 |

#5

**Direct Deposit**

| Description | Type | Account | Deposit Amount |
|---|---|---|---|
| Dep amt (percentage) prenote over - DEPOSIT MADE | Checking | ******6729 | $1,561.20 |

# WellStar Health System, Inc.
# Pay History Report

## General Information

**Name:** Erika Gordon
**Company:** WELLSTAR HEALTH SYSTEM
**Distribution:** 61 - Antepartum Unit
**Job Class:** 302100 - RN
**Employment:** Full Time Staff

**Employee No:** 22345
**Check No:** 001253788A
**Social Security:** *****8718
**Pay Frequency:** Bi-weekly
**Pay Rate:** $29.98

| Check Summary - This Period | | Check Summary - Year to Date | | Check Detail | |
|---|---|---|---|---|---|
| Gross Wages: | $2,250.65 | Gross Wages: | $36,514.91 | Check Reason: | Regular Check |
| Taxes: | $353.34 | Taxes: | $5,908.89 | Period Ending Date: | 7/25/2009 |
| Deductions: | $90.00 | Deductions: | $3,049.33 | Check Date: | 7/30/2009 |
| Credits: | $0.00 | Credits: | $0.00 | | |
| Net Pay: | $1,807.31 | Net Pay: | $27,556.69 | | |
| Imputed Income: | $0.00 | Imputed Income: | $28.56 | | |

### Earnings

| Description | Hours This Period | Hours Year to Date | Amount This Period | Amount Year to Date |
|---|---|---|---|---|
| Regular | 59.40 | 1018.10 | $1,780.81 | $30,522.64 |
| Paid Time Off | 12.00 | 44.00 | $359.76 | $1,319.12 |
| Weekend Differential | 11.90 | 247.40 | $38.68 | $804.09 |
| Shift 2 Differential | 16.80 | 338.78 | $71.40 | $1,439.84 |
| Tardies | 1.00 | 3.00 | $0.00 | $0.00 |
| Overtime | .00 | 18.10 | $0.00 | $839.10 |
| Call Pay | .00 | 66.00 | $0.00 | $198.00 |
| Weekend Differential Overtime | .00 | 9.00 | $0.00 | $29.25 |
| Humana Assessment | .00 | 1.00 | $0.00 | $25.00 |
| Shift 2 Differential Overtime | .00 | 9.10 | $0.00 | $38.67 |
| Service Awards | .00 | .00 | $0.00 | $100.00 |
| PTO Cash In | .00 | 40.00 | $0.00 | $1,199.20 |

### Taxes

| Description | Wages This Period | Wages Year to Date | Amount This Period | Amount Year to Date |
|---|---|---|---|---|
| Federal | $2,201.41 | $35,489.64 | $93.08 | $1,714.25 |
| Medicare | $2,201.41 | $35,489.64 | $31.92 | $514.60 |
| Social Security | $2,201.41 | $35,489.64 | $136.49 | $2,200.36 |
| State - GA | $2,201.41 | $35,489.64 | $91.85 | $1,479.68 |

### Taxes Detail

| Description | Marital Status | Exemptions | Exempt Amount | Extra Amount |
|---|---|---|---|---|
| Federal | S | 9 | | |
| State - GA | H | 4 | | |

### Pre-Tax Deductions

| Description | This Period | Year to Date |
|---|---|---|
| Dental Choice | $14.45 | $316.96 |
| Health Maintenance Organization | $27.87 | $640.95 |
| Vision | $6.92 | $95.92 |

### Post-Tax Deductions

| Description | This Period | Year to Date |
|---|---|---|
| Child Life ($10,000) | $0.95 | $4.42 |
| Optional Life | $13.52 | $62.91 |
| Meals | $26.29 | $548.95 |
| IRS Tax Agreement | $0.00 | $775.00 |
| Kennestone Womens Shoppe | $0.00 | $25.44 |
| Health Place Employee >7/2004 | $0.00 | $101.78 |
| Kennestone Volunteer Sale #2 | $0.00 | $132.49 |
| Kennestone Volunteer Sale #5 | $0.00 | $255.38 |

|  |  | Kennestone Gift Shop | $0.00 | $89.13 |

**Direct Deposit**

| Description | Type | Account | Deposit Amount |
|---|---|---|---|
| Dep amt (percentage) prenote over - DEPOSIT MADE | Checking | ******6729 | $1,807.31 |

# WellStar Health System, Inc.
# Pay History Report

## General Information

| | |
|---|---|
| **Name:** Erika Gordon | **Employee No:** 22345 |
| **Company:** WELLSTAR HEALTH SYSTEM | **Check No:** 001263306A |
| **Distribution:** 61 - Antepartum Unit | **Social Security:** *****8718 |
| **Job Class:** 302100 - RN | **Pay Frequency:** Bi-weekly |
| **Employment:** Full Time Staff | **Pay Rate:** $29.98 |

| Check Summary - This Period | | Check Summary - Year to Date | | Check Detail | |
|---|---|---|---|---|---|
| Gross Wages: | $2,147.17 | Gross Wages: | $38,662.08 | Check Reason: | Regular Check |
| Taxes: | $323.69 | Taxes: | $6,232.58 | Period Ending Date: | 8/8/2009 |
| Deductions: | $561.88 | Deductions: | $3,611.21 | Check Date: | 8/13/2009 |
| Credits: | $0.00 | Credits: | $0.00 | | |
| Net Pay: | $1,261.60 | Net Pay: | $28,818.29 | | |
| Imputed Income: | $0.00 | Imputed Income: | $28.56 | | |

### Earnings

| Description | Hours This Period | Hours Year to Date | Amount This Period | Amount Year to Date |
|---|---|---|---|---|
| Regular | 33.40 | 1051.50 | $1,001.34 | $31,523.98 |
| Paid Time Off | 36.00 | 80.00 | $1,079.28 | $2,398.40 |
| Call Pay | 10.00 | 76.00 | $30.00 | $228.00 |
| Shift 2 Differential | 8.60 | 347.38 | $36.55 | $1,476.39 |
| Unscheduled Absences | 1.00 | 1.00 | $0.00 | $0.00 |
| Overtime | .00 | 18.10 | $0.00 | $839.10 |
| Weekend Differential | .00 | 247.40 | $0.00 | $804.09 |
| Weekend Differential Overtime | .00 | 9.00 | $0.00 | $29.25 |
| Tardies | .00 | 3.00 | $0.00 | $0.00 |
| Humana Assessment | .00 | 1.00 | $0.00 | $25.00 |
| Shift 2 Differential Overtime | .00 | 9.10 | $0.00 | $38.67 |
| Service Awards | .00 | .00 | $0.00 | $100.00 |
| PTO Cash In | .00 | 40.00 | $0.00 | $1,199.20 |

### Taxes

| Description | Wages This Period | Wages Year to Date | Amount This Period | Amount Year to Date |
|---|---|---|---|---|
| Federal | $2,097.93 | $37,587.57 | $77.55 | $1,791.80 |
| Medicare | $2,097.93 | $37,587.57 | $30.42 | $545.02 |
| Social Security | $2,097.93 | $37,587.57 | $130.07 | $2,330.43 |
| State - GA | $2,097.93 | $37,587.57 | $85.65 | $1,565.33 |

### Taxes Detail

| Description | Marital Status | Exemptions | Exempt Amount | Extra Amount |
|---|---|---|---|---|
| Federal | S | 9 | | |
| State - GA | H | 4 | | |

### Pre-Tax Deductions

| Description | This Period | Year to Date |
|---|---|---|
| Dental Choice | $14.45 | $331.41 |
| Health Maintenance Organization | $27.87 | $668.82 |
| Vision | $6.92 | $102.84 |

### Post-Tax Deductions

| Description | This Period | Year to Date |
|---|---|---|
| Child Life ($10,000) | $0.95 | $5.37 |
| Optional Life | $13.52 | $76.43 |
| Meals | $30.91 | $579.86 |
| Kennestone Gift Shop | $11.39 | $100.52 |
| IRS Tax Agreement | $0.00 | $775.00 |
| Kennestone Womens Shoppe | $0.00 | $25.44 |
| Health Place Employee >7/2004 | $0.00 | $101.78 |
| Kennestone Volunteer Sale #2 | $0.00 | $132.49 |

Pay History Report    Page 2 of 2

|  |  |  |
|---|---|---|
| Kennestone Volunteer Sale #5 | $0.00 | $255.38 |

## Bonds

| Description | This Period | Year to Date |
|---|---|---|

## Wage Attachments

| Description | This Period | Year to Date |
|---|---|---|
| Garnishment 25% | $455.87 | $455.87 |

## Direct Deposit

| Description | Type | Account | Deposit Amount |
|---|---|---|---|
| Dep amt (percentage) prenote over - DEPOSIT MADE | Checking | ******6729 | $1,261.60 |

# WellStar Health System, Inc.
# Pay History Report

## General Information

| | |
|---|---|
| Name: | Erika Gordon |
| Company: | WELLSTAR HEALTH SYSTEM |
| Distribution: | 61 - Antepartum Unit |
| Job Class: | 302100 - RN |
| Employment: | Full Time Staff |

| | |
|---|---|
| Employee No: | 22345 |
| Check No: | 001272793A |
| Social Security: | *****8718 |
| Pay Frequency: | Bi-weekly |
| Pay Rate: | $29.98 |

| Check Summary - This Period | | Check Summary - Year to Date | | Check Detail | |
|---|---|---|---|---|---|
| Gross Wages: | $2,285.35 | Gross Wages: | $40,947.43 | Check Reason: | Regular Check |
| Taxes: | $363.28 | Taxes: | $6,595.86 | Period Ending Date: | 8/22/2009 |
| Deductions: | $570.77 | Deductions: | $4,181.98 | Check Date: | 8/27/2009 |
| Credits: | $0.00 | Credits: | $0.00 | | |
| Net Pay: | $1,351.30 | Net Pay: | $30,169.59 | | |
| Imputed Income: | $0.00 | Imputed Income: | $28.56 | | |

| Earnings | Hours | | Amount | |
|---|---|---|---|---|
| Description | This Period | Year to Date | This Period | Year to Date |
| Regular | 72.60 | 1124.10 | $2,176.55 | $33,700.53 |
| Shift 2 Differential | 25.60 | 372.98 | $108.80 | $1,585.19 |
| Overtime | .00 | 18.10 | $0.00 | $839.10 |
| Paid Time Off | .00 | 80.00 | $0.00 | $2,398.40 |
| Call Pay | .00 | 76.00 | $0.00 | $228.00 |
| Weekend Differential | .00 | 247.40 | $0.00 | $804.09 |
| Weekend Differential Overtime | .00 | 9.00 | $0.00 | $29.25 |
| Unscheduled Absences | .00 | 1.00 | $0.00 | $0.00 |
| Tardies | .00 | 3.00 | $0.00 | $0.00 |
| Humana Assessment | .00 | 1.00 | $0.00 | $25.00 |
| Shift 2 Differential Overtime | .00 | 9.10 | $0.00 | $38.67 |
| Service Awards | .00 | .00 | $0.00 | $100.00 |
| PTO Cash In | .00 | 40.00 | $0.00 | $1,199.20 |

| Taxes | Wages | | Amount | |
|---|---|---|---|---|
| Description | This Period | Year to Date | This Period | Year to Date |
| Federal | $2,236.11 | $39,823.68 | $98.28 | $1,890.08 |
| Medicare | $2,236.11 | $39,823.68 | $32.42 | $577.44 |
| Social Security | $2,236.11 | $39,823.68 | $138.64 | $2,469.07 |
| State - GA | $2,236.11 | $39,823.68 | $93.94 | $1,659.27 |

## Taxes Detail

| Description | Marital Status | Exemptions | Exempt Amount | Extra Amount |
|---|---|---|---|---|
| Federal | S | 9 | | |
| State - GA | H | 4 | | |

| Pre-Tax Deductions | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|
| Description | This Period | Year to Date | Description | This Period | Year to Date |
| Dental Choice | $14.45 | $345.86 | Child Life ($10,000) | $0.95 | $6.32 |
| Health Maintenance Organization | $27.87 | $696.69 | Optional Life | $13.52 | $89.95 |
| | | | Meals | $20.97 | $600.83 |
| Vision | $6.92 | $109.76 | Kennestone Gift Shop | $5.57 | $106.09 |
| | | | IRS Tax Agreement | $0.00 | $775.00 |
| | | | Kennestone Womens Shoppe | $0.00 | $25.44 |
| | | | Health Place Employee >7/2004 | $0.00 | $101.78 |
| | | | Kennestone Volunteer Sale #2 | $0.00 | $132.49 |

|  |  |  | Kennestone Volunteer Sale #5 | $0.00 | $255.38 |

| **Bonds** | | | **Wage Attachments** | | |
| Description | This Period | Year to Date | Description | This Period | Year to Date |
|  |  |  | Garnishment 25% | $480.52 | $936.39 |

**Direct Deposit**

| Description | Type | Account | Deposit Amount |
| Dep amt (percentage) prenote over - DEPOSIT MADE | Checking | ******6729 | $1,351.30 |